UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NINA COOPER ET AL** | **CASE NO. 1:23-CV-01813** |
| **VERSUS** | **JUDGE EDWARDS** |
| **ALEXANDRIA HEALTHCARE LLC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

Considering the Stipulation of Voluntary Dismissal with Prejudice filed by the parties (Doc. 78),

**IT IS HEREBY ORDERED** that the hearing set for January 31, 2025, is **CANCELED.**

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT.** The Clerk is now requested to close this case.

THUS DONE in Chambers on this 21st day of January, 2025.

_____
Jerry Edwards, Jr.
United States District Judge